John F. Mixer, as President of Crescent Cycle

61 612
Case 9
a171 NY 670

61 612
Case 11
a172 NY 285

61 612
Case 1
a170 NY 618

Club (an unincorporated association, consisting of seven or more persons). Respondent, v. George H. White, Appellant.— Judgment affirmed, with costs. All concurred.